1

2

3

4

5

6

7

8                          **IN THE UNITED STATES DISTRICT COURT**

9                          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ANTHAL DALE REVIS,                          CASE NO. CV F 07-0311LJO DLB

12                   Plaintiff,          _____**ORDER TO SET HEARING ON MOTIONS**
                                                **TO DISMISS**
13          vs.                                 (Docs. 2, 4, 7.)

14   SFG EQUIPMENT LEASING CORP., et al,        Date:   April 6, 2007
                                                Time:   8:30 a.m.
15                   Defendants.                Dept.:  4 (LJO)
     _____/

16

17          Defendants filed motions to dismiss but failed to set a hearing date to comply with this Court's

18   Local Rule 78-230. This Court SETS a hearing on defendants' motions to dismiss for April 6, 2007 at

19   8:30 a.m. in Department 4 (LJO). This Court admonishes the parties to strictly comply with this Court's

20   Local Rule and Standing Order.

21          IT IS SO ORDERED.

22   **Dated:    February 28, 2007**          _____**/s/ Lawrence J. O'Neill**_____
     66h44d                                         UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

                                                    1