1

2

3

4

5

6

7

8                          **IN THE UNITED STATES DISTRICT COURT**

9                          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ANTHAL DALE REVIS,                        CASE NO. CV F 07-0311LJO DLB

12                  Plaintiff,                  **ORDER TO SET HEARING ON MOTION
                                                TO DISMISS**
13          vs.                                 (Docs. 32.)

14   SFG EQUIPMENT LEASING CORP., et al,        Date:   June 22, 2007
                                                Time:  8:30 a.m.
15                  Defendants.                 Dept.:  4 (LJO)
                                         /
16

17          Defendant Aircraft Maintenance, Inc. filed its motion to dismiss but failed to set a hearing date

18   to comply with this Court's Local Rule 78-230.  This Court SETS a hearing on defendant's motion to

19   dismiss for June 22, 2007 at 8:30 a.m. in Department 4 (LJO).  This Court admonishes the parties to

20   strictly comply with this Court's Local Rules and Standing Order.

21          IT IS SO ORDERED.

22   **Dated:    May 14, 2007                       /s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

                                          1